Ronald E. Stadtmueller, Chapter 13 Trustee          Check No. 690154
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-10670 | 005-1 | JENNIFER YVETTE REESCANO<br>Original Check written to:<br>MITSUBISHI MOTORS CREDIT OF AMERICA<br>P O BOX 91060<br>MOBILE, AL  36691-1060 | xxxxxxxxx1142 | 3,031.97 | 642.03 | 0.00 | 642.03 |
| 04-10773 | 003-0 | RAY B MILLER<br>Original Check written to:<br>MORTGAGE FUND CORP.<br>P.O. DRAWER 15637<br>HATTIESBURG, MS  39404 | xxxxxx7586 | 0.00 | 329.81 | 0.00 | 329.81 |
| 04-90269 | 007-0 | BOBBIE LANELL RICE BURNAMAN<br>Original Check written to:<br>CHASE MANHATTEN BANK<br>C/O FIRST FINANCIAL PORTFOLIO<br>230 PEACHTREE #1700<br>ATLANTA, GA  30303 | xxxxxxxxxxxxxx4404 | 3,402.52 | 145.43 | 0.00 | 145.43 |
| 05-10060 | 009-0 | MIKE R HUFFMAN<br>Original Check written to:<br>FIRST NATIONAL BANK<br>P O BOX 700<br>JASPER, TX  75951 | xxxxxxxxxIDED | 0.00 | 30.21 | 0.00 | 30.21 |
| 05-10060 | 014-0 | MIKE R HUFFMAN<br>Original Check written to:<br>AT&T/CINGULAR WIRELESS<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P O BOX 740933<br>DALLAS, TX  75374- | xxxxx5069 | 366.67 | 68.79 | 0.00 | 68.79 |
| 05-10060 | 015-0 | MIKE R HUFFMAN<br>Original Check written to:<br>AT&T/CINGULAR WIRELESS<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P O BOX 740933<br>DALLAS, TX  75374- | xxxxx2577 | 307.12 | 57.61 | 0.00 | 57.61 |
| 06-90064 | 003-0 | NICHOLAS H OWENS<br>Original Check written to:<br>KROHN INTERNAL MEDICINE<br>PO BOX 151905<br>LUFKIN, TX  75915 | x6624 | 159.55 | 13.64 | 0.00 | 13.64 |